# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **ADRIAN HIRAM TAYLOR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 7:22-cv-00845-ACA-NAD |
| ) | |
| **TODD HALL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

Plaintiff Adrian Hiram Taylor filed a *pro se* complaint alleging violations of his civil rights. (Doc. 1). The magistrate judge granted Mr. Taylor's application to proceed *in forma pauperis*, and ordered him to pay an initial partial filing fee of $81.65, and to return a signed prisoner consent form, both within thirty days. (Doc. 4). Although Mr. Taylor timely filed a signed prisoner consent form (doc. 5), he failed to pay his initial partial filing fee.

After Mr. Taylor's deadline had passed, the magistrate judge again ordered Mr. Taylor to pay his initial partial filing fee, allowing him an additional fourteen days to do so. (Doc. 6). In the same order, the magistrate judge noted that Mr. Taylor no longer appeared on the Pickens County Jail's online roster, but that Mr. Taylor had failed to notify the court of any change in his current mailing address. (Doc. 6).

After Mr. Taylor again failed to pay his initial partial filing fee, the magistrate judge entered a report recommending that the court dismiss this action without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). (Doc. 7). In the report, the magistrate judge advised Mr. Taylor of his right to file specific written objections within fourteen days. (Doc. 7 at 3). The report and recommendation has been returned to the court marked "return to sender" and "unable to forward." (Doc. 8 at 1). Mr. Taylor has not filed any objections to the report and recommendation, has not provided the court with a current mailing address, and has not otherwise responded to any of the prior court orders.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this January 4, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE